UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                                    Case No. 14 B 17287
    Salvador Correa
    Jessica D Correa
           Debtor(s)

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/07/2014.

2) The plan was confirmed on 09/03/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 03/18/2015.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 11/09/2015.

5) The case was Converted on 12/01/2015.

6) Number of months from filing to last payment: 14.

7) Number of months case was pending: 21.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $9,253.24 |
| Less amount refunded to debtor | $1.01 |
| **NET RECEIPTS:** | **$9,252.23** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,700.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $333.85 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,033.85** |

Attorney fees paid and disclosed by debtor:     $300.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Advocate Christ Medical Center | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| American Coradius Int. | Unsecured | 782.21 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP as Agent | Unsecured | 805.00 | 843.08 | 843.08 | 10.90 | 0.00 |
| Bank Of America N A | Secured | 206,755.70 | 200,674.23 | 200,674.23 | 0.00 | 0.00 |
| Bank Of America N A | Secured | 21,258.17 | 21,258.17 | 21,258.17 | 5,011.17 | 0.00 |
| Capital One | Unsecured | 1,270.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 925.00 | NA | NA | 0.00 | 0.00 |
| Cavalry SPV I LLC | Unsecured | 800.00 | 782.21 | 782.21 | 10.11 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 444.00 | 1,464.00 | 1,464.00 | 18.92 | 0.00 |
| Credit One Bank | Unsecured | 570.00 | NA | NA | 0.00 | 0.00 |
| Credit One Bank | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Dependon Collection Services | Unsecured | 1,587.00 | NA | NA | 0.00 | 0.00 |
| Future Finance | Unsecured | 5,000.00 | 4,661.34 | 4,661.34 | 60.25 | 0.00 |
| Great Lakes Specialty Finance | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC Bank Nevada Orchard Bank | Unsecured | 577.00 | NA | NA | 0.00 | 0.00 |
| HSBC Card Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC Card Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC Card Services | Unsecured | 1,184.00 | NA | NA | 0.00 | 0.00 |
| HSBC Card Services | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Illinois Bell Telephone Company | Unsecured | NA | 545.91 | 545.91 | 7.06 | 0.00 |
| Illinois Tollway | Unsecured | 1,923.40 | 1,923.40 | 1,923.40 | 24.86 | 0.00 |
| Inovations Resource Group LLC | Unsecured | 63.00 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 457.00 | 457.38 | 457.38 | 5.91 | 0.00 |
| Kohl's | Unsecured | 784.00 | NA | NA | 0.00 | 0.00 |
| Kohl's | Unsecured | 574.00 | NA | NA | 0.00 | 0.00 |
| Kozeny & McCubbin Illinois Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Medical Payment Data | Unsecured | 169.00 | NA | NA | 0.00 | 0.00 |
| Medical Recovery Specialists, Inc | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| Midamerica Orthopaedics SC | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| Midamerica Orthopaedics SC | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 979.66 | 999.22 | 999.22 | 12.92 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Northwest Collectors | Unsecured | 1,064.00 | NA | NA | 0.00 | 0.00 |
| Palos Medical Group Behavioral Heal | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 1,184.00 | 1,184.23 | 1,184.23 | 15.31 | 0.00 |
| Portfolio Recovery Associates | Unsecured | NA | 577.56 | 577.56 | 7.47 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 1,959.00 | 1,959.26 | 1,959.26 | 25.33 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 0.00 | 631.86 | 631.86 | 8.17 | 0.00 |
| Portfolio Recovery Associates LLC | Unsecured | 632.00 | NA | NA | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 76.00 | 76.22 | 76.22 | 0.00 | 0.00 |
| Swedish American Hospital | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| Transworld Systems | Unsecured | 85.08 | NA | NA | 0.00 | 0.00 |
| Village of Midlothian | Unsecured | 296.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $200,674.23 | $0.00 | $0.00 |
| Mortgage Arrearage | $21,258.17 | $5,011.17 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$221,932.40** | **$5,011.17** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$16,105.67** | **$207.21** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,033.85 |
| Disbursements to Creditors | $5,218.38 |
| **TOTAL DISBURSEMENTS :** | **$9,252.23** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 02/08/2016                               By: /s/ Marilyn O. Marshall
                                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**